LEAH L. JUDGE (SBN 302406)
ljudge@kessenick.com
KESSENICK GAMMA LLP
1 Post Street, Suite 800
San Francisco, California 94104
Telephone: 415.362.9400
Facsimile: 415.362.9401

Brett S. Rosenthal (*pro hac vice*)
brett.rosenthal@rm-firm.com
Allison N. Cook (*pro hac vice*)
allison.cook@rm-firm.com
Margaret Dunlay Terwey (SBN 322798)
margaret.terwey@rm-firm.com
REESE MARKETOS LLP
750 North Saint Paul Street, Suite 600
Dallas, TX 75201
Tel: (214) 382-9810
Fax: (214) 501-0731

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MOLLY TRANCHIN,<br>Plaintiff,<br>v.<br>EBY, INC.<br>Defendant. | **Case No. 3:26-cv-05559-PHK**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Molly Tranchin voluntarily dismisses without prejudice the above-entitled action against Defendant EBY, Inc. Defendant has not served either an answer or a motion for summary judgment. Based on the arguments raised in Defendant's motion to dismiss under Rule 12(b)(1), Plaintiff understands that this Court lacks subject-matter jurisdiction over this dispute. Plaintiff intends to refile the matter in a court of competent jurisdiction.

DATED: August 28, 2026

By: */s/ Leah L. Judge*

Leah L. Judge (SBN 302406)
**KESSENICK GAMMA LLP**
1 Post Street, Suite 800
San Francisco, California 94104
Telephone: 415.362.9400
Facsimile: 415.362.9401
ljudge@kessenick.com

Brett S. Rosenthal (*pro hac vice*)
Texas Bar No. 24080096
brett.rosenthal@rm-firm.com
Allison N. Cook (*pro hac vice*)
Texas Bar No. 24091695
allison.cook@rm-firm.com
Margaret Dunlay Terwey
California Bar No. 322798
margaret.terwey@rm-firm.com
**REESE MARKETOS LLP**
750 N. Saint Paul St. Ste. 600
Dallas, Texas 75201-3201
Telephone: (214) 382-9810
Facsimile: (214) 501-0731

**ATTORNEYS FOR PLAINTIFF**